# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SHANDS JACKSONVILLE
MEDICAL CENTER, INC., a
Florida non-profit corporation d/b/a
UF Health Jacksonville,

    Plaintiff,

v.                                Case No. 3:19-cv-579-J-32MCR

ALEX AZAR, in his official capacity
as Secretary of the United States
Department of Health & Human
Services and NADIA CARO,

    Defendants.

## NOTICE OF TELEPHONE HEARING

**TAKE NOTICE** that this case is hereby **SET** for **TELEPHONE HEARING** on Motions to Dismiss on **May 8, 2020** at **10:00 a.m.** before the Honorable Timothy J. Corrigan, United States District Judge. The conference line will be activated at 9:50 a.m. so the hearing may start promptly at 10:00 a.m.

**The Courtroom Deputy will email the call-in information to counsel of record using the email addresses listed on the Court's docket for this case**.

Members of the public or press who wish to listen to the proceedings may call the Courtroom Deputy at (904) 549-1303 to receive the call-in information.

**To reduce background audio interference, the parties should not use the speaker function during the call. Further, parties must put their phones on mute when not speaking. Additionally, each party must identify themselves when speaking so the court reporter can accurately report the proceedings.**

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanction deemed necessary by the Court.

**DATED** this 13th day of April, 2020.

                                                TIMOTHY J. CORRIGAN
                                                United States District Judge

                                                By: /s/Jared Burns
                                                Jared Burns
                                                Law Clerk
                                                (904) 549-1300

Copies to:
Counsel of record